___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   CV 16-02104 JLS                              Date: April 22, 2016
Title:  In Re James A. Krage

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| Not Present | Not Present |

**Proceedings: (In Chambers) ORDER TO SHOW CAUSE ("OSC") RE DISMISSAL FOR LACK OF JURISDICTION**

    This is a bankruptcy appeal.  Appellant purports to appeal from an Order dated January 20, 2015.  (Doc. 1 at 2.)  However, the Notice of Appeal was signed by Appellant on March 23, 2016, filed in the Bankruptcy Court the next day on March 24, 2016, and filed in this Court on March 28, 2016.  (*Id.* at 1-2.)

    Generally, a notice of appeal must be filed with the bankruptcy clerk within fourteen days of the entry of the judgment, order, or decree being appealed.  Fed. R. Bankr. P. 8002.  Because the Notice of Appeal was not filed within fourteen days, and was instead filed over a year later, the appeal is untimely on its face.  (*See* Notice of Deficiency (Doc. 4).)

    The Court has no jurisdiction over untimely appeals and lacks the authority to decide them.  *In re Wiersma*, 483 F.3d 933, 938 (9th Cir. 2007).

    Accordingly, the Court orders that Appellant show cause in writing no later than May 6, 2016, why this appeal should not be dismissed for lack of jurisdiction.

    **IT IS SO ORDERED.**

                                                                                    Initials of Preparer:  tg

___